This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 203  SSM 19
The People &c.,
          Respondent,
        v.
Edwin Mendez,
          Appellant.

Submitted by C. Austin Ginnings, for appellant.
Submitted by Jared Wolkowitz, for respondent.

MEMORANDUM:

The order of the Appellate Division should be reversed and the indictment dismissed, with leave to the People, if they be so advised, to resubmit the charge of assault in the second degree to a new grand jury.

Defendant was charged with assault for his conduct

- 1 -